ACCEPTED
03-12-00730-CR
4521080
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 12:22:29 AM
JEFFREY D. KYLE
CLERK

**Gregory Sherwood**
Attorney
P.O. Box 200613
Austin, Texas  78720-0613
(512) 484-9029

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 12:22:29 AM
Criminal Appellate Law (2011)
Civil Appellate Law (2012)
JEFFREY D. KYLE
Clerk
Texas Board of Legal Specialization

March 17, 2015

Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547, Capitol Station
Austin, Texas  78711-2547

Re:     Appeal No. 03-12-00730-CR; *Johnny Castro v. The State of Texas*; in the Third
         Court of Appeals; Trial Court No. D-1-DC-12-904069; in the 403rd District Court
         of Travis County, Texas

Dear Mr. Kyle:

    Pursuant to Tex. R. App. P. 48.4, attached is the March 16, 2015 notification from
the United States Postal Service indicating that my March 13, 2015 correspondence to
Johnny Castro containing this court's opinion and judgment, and my letter advising him
of the procedures for filing a pro se petition for discretionary review, was delivered to his
TDCJ-ID unit in Iowa Park on March 16, 2015.

                                        Very truly yours,

                                        /s/ *Gregory Sherwood*

                                        Gregory Sherwood

encl.

---

**The First Attorney to be Certified in Both Criminal Appellate Law
and Civil Appellate Law by the Texas Board of Legal Specialization**



Date: March 16, 2015

Greg Sherwood:

The following is in response to your March 14, 2015 request for delivery information on your Certified Mail™/RRE item number 9514800020625072000164.  The delivery record shows that this item was delivered on March 16, 2015 at 9:41 am in IOWA PARK, TX 76367.  There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service